IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PANAMA CITY BEACH CONDOS,
PARTNERSHIP,**

    Plaintiff,

vs.                                              CASE NO. 5:06CV198-RS/AK

**AXIS SURPLUS INSURANCE
COMPANY,**

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action are the following motions: (1) Defendant's Motions to Quash Subpoenas (docs. 31 and 32) and (2) Plaintiff's Motion to Expedite Ruling on the motions to quash.  (Doc. 41).  The Court finds that the motion to expedite should be **GRANTED** because of the obvious lack of jurisdiction to determine the motions to quash such that both motions (docs. 31 and 32) should be **DENIED**.  Rule 45(c)(3)(A), Federal Rules of Civil Procedure, clearly provides that the court from which the subpoena issued shall determine its enforcement.  None of the subpoenas at issue were issued from this court.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Expedite (doc. 41) is **GRANTED**.

2. Defendant's Motions to Quash (docs. 31 and 32) are **DENIED**.

**DONE AND ORDERED** this  28th  day of February, 2007.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:06cv198-rs/ak**