IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PANAMA CITY BEACH CONDOS
LIMITED PARTNERSHIP, a Delaware
limited partnership,

    Plaintiff,

vs.                                    CASE NO. 5:06cv198/RS

AXIS SURPLUS INSURANCE COMPANY,
an Alabama corporation,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 73). The parties have not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Contempt Against Non-Party GAB Robins North America, Inc. (Doc. 60-2) is **denied**.

ORDERED on June 19, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**